UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JODI (JOHNSON) AGLA,<br><br>Plaintiff,<br><br>v.<br><br>JACK H. FRISCH,<br><br>Defendant. | CASE NO. 1:17-cv-00616-SEB-DLP |

**Acknowledged.**

**This action is hereby dismissed with prejudice.**

Date: __9/18/2018__

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## STIPULATION OF DISMISSAL

Plaintiff Jodi Agla, by counsel, and Defendant Jack H. Frisch, by counsel, pursuant to Trial Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal of the above-captioned cause of action in its entirety, with prejudice, costs paid.

Respectfully submitted,

*s/ Robert E. Duff*
Robert E. Duff
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com

*s/ Peter H. Pogue*
Peter H. Pogue
Schultz & Pogue, LLP
520 Indiana Avenue
Indianapolis, IN 46202
317-262-1000
ppogue@schultzpoguelaw.com